■ In the Matter of GERALDINE CALHOUN, Appellant, v ROCKVILLE CENTRE HOUSING AUTHORITY, Respondent. [635 NYS2d 281] —In a proceeding pursuant to Election Law article 16 and CPLR article 78, *inter alia*, to invalidate the respondent's by-laws pertaining to the election of tenant representatives, the petitioner appeals from a judgment of the Supreme Court, Nassau County (Kohn, J.), entered October 7, 1994, which, *inter alia*, dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

We agree with the Supreme Court that Election Law § 6-138 is inapplicable to the conduct of the election of a tenant representative to the respondent's governing board (*see*, Election Law § 1-102). We note in this regard that the respondent properly exercised its statutory authority when it promulgated by-laws pertaining to the election at issue (*see*, Public Housing Law § 30 [5]; *see also, Matter of New York Post Corp. v Moses*, 10 NY2d 199, 205).

The petitioner's remaining contentions are without merit

(*cf., Matter of Atkin v Onondaga County Bd. of Elections*, 30 NY2d 401; *Moldonado v Rodriguez*, 523 F Supp 177). Mangano, P. J., Bracken, Sullivan and Hart, JJ., concur.